UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:04-CR-594-T-30TBM

MAGDALENA VELAZQUEZ BURGOA

### ORDER DECLARING A FORFEITURE OF BOND

The above-styled case is set before the Court upon the motion of the United States for declaration of forfeiture of bond.

After a review of the record, it appears that the defendant, by failing to meet the conditions of release and failing to appear for sentencing, has breached the conditions of her bond.

IT IS THEREFORE ORDERED that the motion of the United States for declaration of forfeiture of bond is GRANTED and the total sum of the bond secured by the appearance bond, as well as any accrued interest, is immediately due and payable and is forfeited.

DONE AND ORDERED this 19 day of July, 2013 in Tampa, Florida.

JAMES S. MOODY, JR.
United States District Judge

Copies to all parties